AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_  DISTRICT OF  \_\_NEVADA\_\_

LARRY GEPSON,

    Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:10-cv-00124-HDM-RAM**

ANNE BEHAN, et al.,

    Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Complaint (Document No. 5) is DISMISSED for failure to state a claim under section 1983.


  November 17, 2010                           **LANCE S. WILSON**
                                                                   Clerk

                                                                   /s/ Katie Lynn Ogden
                                                                       Deputy Clerk